IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RENEE M. ENRIQUEZ and MARY ZILE, guardian ad litem for NICHOL ENRIQUEZ and JUSTIN ENRIQUEZ,<br><br>　　　　Defendants. | CIV. S-04-2299 GEB GGH<br><br>ORDER |

On April 12, 2005, the Court issued an Order ("April 12 Order") requiring Metlife to deposit $108,300.00, along with any applicable interest, with the financial department of the Clerk of this Court, and requiring Defendants to file proof establishing the fairness of the parties' proposed settlement. In light of the Application for Approval of General Release and Renunciation Agreement filed on April 11, 2005, and the document entitled "Fairness of Settlement to Interests of Minors Under Local Rule 17-202" filed

/////
/////
/////
/////
/////

1

April 21, 2005, the General Release and Renunciation Agreement submitted on March 21, 2005, is approved, and the April 12 Order is vacated.

IT IS SO ORDERED.

Dated:  April 22, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge