SEYFARTH SHAW LLP
Kurt A. Kappes (State Bar No.: 146384)
Alfred L. Sanderson, Jr. (State Bar No.:186071)
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Metropolitan Life Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, | Case No. Civ. S-04-2299 GEB GGH |
| Plaintiff, | **STIPULATION FOR DISMISSAL AND ORDER** |
| v. | |
| RENEE M. ENRIQUEZ, NICHOL ENRIQUEZ, JUSTIN ENRIQUEZ, | |
| Defendants. | |

The parties to this action have reached a resolution of the dispute and hereby stipulate that the action under this case number, specifically Case No. Civ. S-04-2299 GEB GGH, should be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear their own attorneys fees and costs (except as otherwise provided in the Release and Renunciation Agreement previously executed by the parties and approved by the Court), and with no party determined to be a prevailing party for any purpose.

SC1 17061291.1

Stipulation for Dismissal and Order

1   DATED: April ___, 2005                 SEYFARTH SHAW LLP

2
                                                            /s/
3
                                           By_____
4                                               Alfred L. Sanderson Jr.
                                           Attorneys for plaintiff METROPOLITAN
5                                          LIFE INSURANCE COMPANY

6   DATED:  April ___, 2005                VAUGHT & BOUTRIS, LLP

7
                                                            /s/
8
                                           _____
9                                               Jon Vaught
                                           Attorneys for defendant Rene M. Enriquez
10
    DATED:  April ___, 2005                CAMPBELL LAW OFFICES
11
12                                                          /s/

13                                         _____
                                                Teresa L. Green
14                                         Attorneys for Mary Zile, guardian ad litem
                                           For Defendants Nichol Enriquez and Justin
15                                         Enriquez

16                                         **ORDER**

17          Pursuant to the stipulation of the parties, the above-entitled action is dismissed with

18  prejudice, with each party to bear its own attorneys' fees and costs (except as otherwise provided

19  in the Release and Renunciation Agreement previously approved by the Court), and with no

20  party determined to be the prevailing party for any purpose.

21
    DATED:  5/2/2005
22
                                           _____/s/ Garland E. Burrell, Jr._____
23                                         GARLAND E. BURRELL, JR.

24                                         United States District Judge

25

26

27

28