IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>           Plaintiff,<br><br>      v.<br><br>RENEE M. ENRIQUEZ, NICHOL ENRIQUEZ, JUSTIN ENRIQUEZ,<br><br>           Defendants. | 2:04-cv-2299-GEB-GGH |
| THE UNION CENTRAL LIFE INSURANCE COMPANY,<br><br>           Plaintiff,<br><br>      v.<br><br>CHRISTINA GOODMAN and RENEE M. ENRIQUEZ,<br><br>           Defendants. | 2:05-cv-2162-MCE-JFM<br><br>ORDER RELATING CASES |

On November 29, 2005, Defendant Renee M. Enriquez filed a "Notice of Related Cases" in the above actions.  Examination of the actions reveals they are related within the meaning of Local Rule 83-123(a).  Accordingly, the assignment of the actions to the same judge

1

1  and magistrate judge is likely to effect a substantial savings of
2  judicial effort and is also likely to be convenient for the parties.
3        The parties should be aware that relating the cases under
4  Local Rule 83-123 merely results in the actions being assigned to the
5  same judge and magistrate judge; no consolidation of the actions is
6  effected.  Under the regular practice of this court, related cases are
7  generally assigned to the judge and magistrate judge to whom the first
8  filed action was assigned.
9        Therefore, action number 2:05-cv-2162-MCE-JFM is reassigned
10 to Judge Garland E. Burrell, Jr., and Magistrate Judge Gregory G.
11 Hollows for all further proceedings.  Henceforth, the caption on
12 documents filed in the reassigned case shall show the action number as
13 "2:05-cv-2162-GEB-GGH."  Further, any dates currently set in this
14 reassigned case only are VACATED and the Clerk of Court is directed to
15 issue an Order Setting Status (Pretrial Scheduling) Conference in the
16 reassigned case.
17       IT IS FURTHER ORDERED that the Clerk of the Court make
18 appropriate adjustment in the assignment of civil cases to compensate
19 for this reassignment.

21 DATED:   December 27, 2005

22                                    /s/ Garland E. Burrell, Jr.
                                      GARLAND E. BURRELL, JR.
23                                    United States District Judge